IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Patent Group LLC, | § | |
|       Relator | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-165-DF |
| | § | |
| Polar Electro, Inc., USA | § | |
|       Defendant | § | Jury Trial Demanded |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

Plaintiff Patent Group, LLC voluntarily dismisses Defendant Polar Electro, Inc. USA from the

above-entitled litigation without prejudice.  This lawsuit was filed by Patent Group, LLC on

March 11, 2011.  The opposing party has served neither an answer nor a motion for summary

judgment in this matter.


Dated:  June 28, 2011              Respectfully submitted,

                                       */s/ Stafford Davis*
                                       Stafford Davis
                                       *Lead Counsel*
                                       State Bar No. 24054605
                                       sdavis@stafforddavisfirm.com
                                       THE STAFFORD DAVIS FIRM, PC
                                       305 S. Broadway, Suite 406
                                       Tyler, Texas 75702
                                       (903) 593-7000

                                       ATTORNEY FOR RELATOR
                                       PATENT GROUP, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of June, 2011. Any other counsel of record will be served by first class U.S. mail on this same date or through other reasonable electronic means.

*/s/ Stafford Davis*
Stafford Davis